IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACQUIE T. STEIN n/k/a JACQUIE T. MARKS

    Plaintiff,

v.

NUBARTER TRADE EXCHANGE, INC., ESTELA TAMAYO, and EDUARDO ANTON,

    Defendants.

CASE NO. CV415-302

## O R D E R

Before the Court is a Joint Motion for Dismissal of Action With Prejudice. (Doc. 32.) The parties have asked this Court to dismiss the claims pursuant to Federal Rule of Civil Procedure 41(a)(2) and to retain jurisdiction to enforce the terms of the settlement agreement. The parties have informed the Court that they wish the Court to retain jurisdiction for a further eighteen months. After careful review of the record, the parties' motion is **GRANTED IN PART** and **DENIED IN PART**. The Court **GRANTS** the Motion to Dismiss (Doc. 32), but **DECLINES** to exercise jurisdiction to enforce the terms of the settlement after dismissal. Accordingly, this action is **DISMISSED WITH PREJUDICE** and all pending motions are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to **close** this case.

SO ORDERED this 5th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA